157 A.3d 489

Tyron BLANDING, Petitioner

v.

DEPARTMENT OF CORRECTIONS, et al., Respondents

No. 121 EM 2016

Supreme Court of Pennsylvania.

September 16, 2016

## ORDER

PER CURIAM

**AND NOW,** this 16th day of September, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

157 A.3d 489

Tyron BLANDING, Petitioner

v.

DEPARTMENT OF CORRECTIONS, et al., Respondents

No. 120 EM 2016

Supreme Court of Pennsylvania.

September 16, 2016

## ORDER

PER CURIAM

**AND NOW,** this 16th day of September, 2016, the Application for Extraordinary Relief is **DENIED.**